ACCEPTED
15-25-00100-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/12/2025 10:38 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00100-CV

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/12/2025 10:38:02 AM
CHRISTOPHER A. PRINE
Clerk

Maria Margarita Rojas; Maternal and Child Healthcare and Research Center LLC d/b/a Clinica Latinoamericana; Clinicas Latinoamericanas; Clinica-Waller Latinoamericana; Clinica-Telge Latinoamericana a/k/a Clinica de la Mujer a/k/a Houston Birth House; Medical Latinoamericana Spring,

*Appellants*,

*v.*

State of Texas,

*Appellee*.

On Appeal from the
506th Judicial District Court, Waller County

## UNOPPOSED SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

To the Honorable Fifteenth Court of Appeals:

Appellee the State of Texas moves to extend the time to file appellee's brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

### I.

This case was recently transferred in from the First Court of Appeals. Appellants filed their brief in this case on May 12, 2025. Appellee's brief is currently due June 16, after previously obtaining a 14-day extension. Appellee seeks a second 14-day extension of the due date to June 30, 2025. This is Appellee's second request for an extension on this brief, and Appellants do not oppose the extension.

## II.

This extension is not sought for delay but to accommodate the schedule of Appellee's counsel, Jeffrey Stephens and Beth Klusmann, and to provide adequate time to provide a thorough brief to the Court to address the issues raised in Appellants' brief. Counsel's recent and upcoming deadlines include (1) an amicus brief in *South Plains Sno, Inc. v. Eskimo Hut Worldwide, Ltd.*, No. 24-0353, filed in the Texas Supreme Court on June 6; (2) an appellants' brief in *Texas State Board of Social Worker Examiners v. Youniacutt*, No. 15-25-00064-CV, due in the Fifteenth Court of Appeals on June 18; (3) a request for rehearing in *The Heidi Group, Inc. v. Texas Health & Human Svcs. Comm'n*, No. 23-50303, due in the Fifth Circuit on June 25; and (4) a response to an en banc petition in *Wetherbe v. Texas Tech University System*, No. 19-11325, due in the Fifth Circuit on July 16.

Moreover, because Mr. Stephens and Ms. Klusmann are new to the case, additional time to review the record and to research and analyze the issues presented in this appeal will allow for a thorough and helpful brief.

## Prayer

Therefore, Appellee respectfully requests that the Court grant an extension of time for filing its brief until June 30, 2025.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

AARON L. NIELSON
Solicitor General

WILLIAM F. COLE
Principal Deputy Solicitor General

/s/ Jeffrey A. Stephens
JEFFREY A. STEPHENS
Assistant Solicitor General
State Bar No. 24117441
Jeff.Stephens@oag.texas.gov

BETH KLUSMANN
Assistant Solicitor General

Counsel for Appellee

## Certificate of Conference

I certify that on June 11, 2025, I conferred by email with Katherine G. Treistman, lead counsel for Defendant-Appellants, and Appellants do not oppose this motion.

/s/ Jeffrey A. Stephens
JEFFREY A. STEPHENS

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Jeff Stephens
Bar No. 24117441
toni.shah@oag.texas.gov
Envelope ID: 101933059
Filing Code Description: Motion
Filing Description: 20250611 Rojas 2nd MET
Status as of 6/12/2025 10:42 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey Stephens | | jeff.stephens@oag.texas.gov | 6/12/2025 10:38:02 AM | SENT |
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 6/12/2025 10:38:02 AM | SENT |
| Katherine Treistman | 796632 | Katherine.Treistman@arnoldporter.com | 6/12/2025 10:38:02 AM | SENT |
| Abby Lynn Parsons | 24094303 | abby.parsons@arnoldporter.com | 6/12/2025 10:38:02 AM | SENT |
| Leah Schultz | 24126910 | leah.schultz@arnoldporter.com | 6/12/2025 10:38:02 AM | SENT |
| Thomas Hudson | 24126650 | matt.hudson@arnoldporter.com | 6/12/2025 10:38:02 AM | SENT |
| Marc Hearron | 24050739 | MHearron@reprorights.org | 6/12/2025 10:38:02 AM | SENT |
| Jenna Hudson | | jhudson@reprorights.org | 6/12/2025 10:38:02 AM | SENT |
| Amy Hilton | 24097834 | Amy.Hilton@oag.texas.gov | 6/12/2025 10:38:02 AM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 6/12/2025 10:38:02 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 6/12/2025 10:38:02 AM | SENT |
| Melissa Sanchez | | Melissa.Sanchez@arnoldporter.com | 6/12/2025 10:38:02 AM | SENT |
| Catherine Hodges | | catherine.hodges@aporter.com | 6/12/2025 10:38:02 AM | SENT |
| Grace Ojionuka | | grace.ojionuka@arnoldporter.com | 6/12/2025 10:38:02 AM | SENT |
| Edockets Calendaring | | eDocketsCalendaring@arnoldporter.com | 6/12/2025 10:38:02 AM | SENT |